■ The People of the State of New York, Respondent, v Evan Adames, Appellant. [830 NYS2d 904]—Judgment, Supreme

Court, New York County (Michael A. Corriero, J.), rendered June 27, 2006, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of five years, with five years' postrelease supervision, unanimously affirmed.

We perceive no basis for reducing defendant's term of postrelease supervision. For the reasons stated in our decision in *People v Lemos* (34 AD3d 343 [2006]), we reject defendant's argument that the court unlawfully imposed a mandatory surcharge and fees when it did so in writing, without including the surcharge and fees in its oral pronouncement of sentence. Concur—Tom, J.P., Andrias, Sullivan, Williams and Gonzalez, JJ.